July 14, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF STEVEN W. ARD AND MARSHA ARD-PHILLIPS

NO. 14-14-00808-CV

_____

This cause, an appeal from the final divorce decree signed August 29, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Marsha Ard-Phillips to pay all costs incurred in this appeal.

We further order this decision certified below for observance.